IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

20-1529 E(1)

MR WENDOLYN LEE

(Enter above the full name of the plaintiff or plaintiffs in this action.)

vs.

Judge CHRIS CRAFT
DISTRICT ATTORNEY AMY WEIRICH
ATTORNEY JAME JONES

(Enter above the full name of the defendant or defendants in this action.)

TENDERED FOR FILING

JUN 15 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (X) No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs: _WENDOLYN LEE_
         
         Defendants: _CHRIS CRAFT - AMY WEIRICH_

      2. Court (if federal court, name the district; if state court, name the county): _SHELBY COUNTY TENNESSEE_
      3. Docket Number: _Judge McCULLA_
      4. Name of judge to whom case was assigned: _CHRIS CRAFT_
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _WRIT OF HABEAS CORPUS DISMISSED - DENIED_
      6. Approximate date of filing lawsuit: _AUGUST 2018_
      7. Approximate date of disposition: _JAN 2019_

Revised 4/18/08

-1-

## RETURN

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? __yes__

D. If your answer is NO, explain why you have not done so: __ALL GRIVANCE WAS Denied__

## Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff __MR Wendolyn Lee__
(First - Middle - Last)

Prisoner Number _____

Address __201 POPLAR memPHIS Tn 38103__

Date of Birth __FeB-12 1959__

Date of Arrest __FeB- 2018__

Date of Conviction __NoNe__

3

DL 18163194
261 POPLAR MEMPHIS TN
38103

neopost
06/09/2020
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 38103
041M11251036

SHELBY COUNTY JAIL

Clerk US District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

7013 0839 67 4026

**INDIGENT**