IN THE UNITED STATES DISTRICT COURT FOR THE
~~WESTERN DISTRICT OF TENNESSEE~~
~~WESTERN DIVISION~~
SOUTHERN DISTRICT OF LOUISIANA

MR WENDOLYN Lee
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

**20-01529**
**SECT.E MAG.1**

vs.

Judge CHRIS CRAFT
DISTRICT ATTORNEY AMY WEIRICH
ATTORNEY JAMIE JONES

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (X) No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiffs: ~~_____~~ Wendolyn Lee

         Defendants: CHRIS CRAFT - Amy Weirich

      2. Court (if federal court, name the district; if state court, name the county): Shelby county Tennessee

      3. Docket Number: _____ Judge McCulla

      4. Name of judge to whom case was assigned: CHRIS CRAFT

      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) , Writ of Habeas Corpus Dismissed. Denied

      6. Approximate date of filing lawsuit: August 2018

      7. Approximate date of disposition: Jan- 2019

II. Place of Present Confinement: Shelby County Jail Tennessee
   A. Is there a prisoner grievance procedure in the institution?
   Yes (√)  No ( )
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes ()   No ()
   C. If your answer is Yes:
      1. What steps did you take? Filed
      2. What was the result? N/A
   D. If your answer is No, explain why not: N/A  No Response

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff MR Wendolyn Lee 1810 3194
      Address 201 Poplar Memphis Tn 38103

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant Judge Chris Craft is employed as Court Room-8 Memphis Tn 38103
      at _____

   C. Additional Defendants: Amy Weirich District Attorney 201 Poplar Memphis Tennessee 38103
   Attorney James Jones 201 Poplar Court Room-8

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

Fraud Aggravated Kidnap Conspiracy Collusion - Shelby County Judge Chris Craft - and District Attorney Amy Weirich Issued A Warrant were Plaintiff Step daughter Tatyana McGee came to Memphis Tennessee At Age 20 And filed out A Police Report

-2-  Revised 4/18/08

Amended 2

Tatyana Mcgee came to Memphis Tennessee at the request of her gay lover friend Memphis District Attorney Amy Weirich. Tatyana filed out a police report stating that she was sexually assaulted by plaintiff at age 14 in West Memphis Arkansas not Memphis Tennessee. See exhibitive police report Memphis Tennessee has no jurisdiction.

---

Memphis Tennessee District Attorney Amy Weirich issued a fraudulent indictment by forging the grand jury foreperson Mary Thomas name on the indictment. Mary Thomas was later fire for not following grand jury procedure. Other words took the fall for Amy Weirich

---

Under the 6 Amendment it clearly states that before a prosecution can began it must first be determine that a crime was committed in the state by law, All so to be confronted by the witnesses under the 6 Amendment no arrest. No trial. No indictment can be issued until it first been determined by law that a crime ~~in the state~~

---

was committed in the state. In plaintiff case its been 5 years and yet it has not been determined a crime was committed in Tennessee, see exhibitive -2 nor no police investigators witnesses appeared in court ever

## Amended 3

The criminal court Judge Chris Craft gave a judicial decision that he can't determine where the crime took place. The district attorney stated in a response to a bill of particular that they could not determine where the sexual assault took place see exhibitive 3-even after the victim Tatyana McGee stated it happened in the state of Arkansas

---

The Judge Chris Craft is a racist that hate Jews Hispanics Black and other none whites I heard Craft state this at a white supremacist meeting I was invited too, a while back by me being an activis it was many white judges there

---

I was kidnap from New Orleans Feb 2018 and being held it Shelby County Jail Memphis Tennessee where the judge and DA committing fraud conspiracy and collusion and kidnap. The attorney James Jones who was appointed to represent me without consent stated I will die here and nothing can be done he's apart of the conspiracy. They won't even allow me to plea gilty just torture

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I AM Requsting 80 Million To PRovent This FRom Happening To Some one els

And For Violation of constitution Rights

VI. Jury Demand
I would like to have my case tried by a jury. Yes ( ) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 27 day of FeB, 20 20.

Wendolyn Lee 18/03/94
Wendoly Lee

(Signature of Plaintiff/Plaintiffs)